# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2230
_____

United States of America

*Plaintiff - Appellee*

v.

Martin Caballero-Bringas

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: December 11, 2024
Filed: December 16, 2024
[Unpublished]
_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Martin Caballero-Bringas appeals the within-Guidelines sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved for

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.

leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not abuse its discretion in sentencing Caballero-Bringas, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing the relevant factors; and the sentence was within the advisory Guidelines range. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); <u>see also</u> <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines sentence may be presumed reasonable).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we affirm, and grant counsel's motion to withdraw.

_____